IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 22-cv--01494 |
| | ) |
| APPLE TEN ILLINOIS, LLC, | ) Judge Seeger |
| | ) |
| Defendant. | ) |

## STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant, APPLE TEN ILLINOIS, LLC, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

HOWARD COHAN

By: /s/ Marshall J. Burt
The Burt Law Group, Ltd.
77 W. Washington, Ste 1300
Chicago, IL 60602
312-419-1999
Marshall@mjburtlaw.com

APPLE TEN ILLINOIS, LLC

By: *Jonnie Mahler Westbrook*
Ford Harrison
7777 Bonhomme Avenue, Suite 1710
St. Louis, MO 63105
(314) 257-0304 – *Phone*
jwestbrook@fordharrison.com